## Clarence E. Yordy, Appellee, v. Farmers Automobile Insurance Association, Appellant.

### Gen. No. 9,485.

opinion filed February 28, 1946; released for publication March 26, 1946. Champion, Gaskins & Lee, for appellant; E. V. Champion and F. J. Lee, of counsel; Black, Black & Borden,

and James M. Powers, for appellee; Wallace J. Black and Kenneth W. Black, of counsel. Opinion by JUSTICE DADY. Not to be published in full.